1

CHRISTINA A. DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714

2

LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100

3

San Francisco, CA 94105
(415) 839-5098

4

Christina@diedoardolaw.com

5

AMBERLEA DAVIS
Nevada Bar No. 11551

6

LAW OFFICE OF AMBERLEA DAVIS
415 S. 6th Street Suite 303

7

Las Vegas, NV 89101
amber@sheismylawyer.com

8

9

Attorneys for Debtor

10

11

UNITED STATES BANKRUPTCY COURT

12

DISTRICT OF NEVADA

13

14

In Re Free and Clear Holding Co III LLC

15

Debtor

16

17

18

19

20

21

22

23

24

| | |
|---|---|
| ) | Case No.: 11-18289-BAM |
| ) | |
| ) | Chapter 11 |
| ) | |
| ) | Motion to Dismiss Chapter 11 case Pursuant to |
| ) | 11 U.S.C. 1112(b)(1) and Motion of Christina |
| ) | A. DiEdoardo and Amberlea S. Davis to |
| ) | Withdraw as Counsel |

25

**Motion to Dismiss Chapter 11 case Pursuant To 11 U.S.C. 1112(b) (1) and Motion of
Christina A. DiEdoardo and Amberlea S. Davis to Withdraw as Counsel**

COMES NOW CHRISTINA A. DiEDOARDO AND AMBERLEA S. DAVIS and respectfully move this Court to dismiss the Chapter 11 case filed by Free and Clear Holding Company III LLC pursuant to 11 U.S.C. 1112(b)(1) and to permit them leave to withdraw from the case pursuant to NV RPC 1.16(a)(1).  Said Motion shall consist of this preamble, the attached Memorandum of Points and Authorities, the Declarations of Christina A. DiEdoardo and Amberlea S. Davis and the complete files and records of this action.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### BACKGROUND

This case was filed on an emergency basis on May 27, 2011.  Because both Ms. DiEdoardo and Ms. Davis had experienced significant difficulties in obtaining necessary information from the principals involved with Free and Clear Holding Company II LLC and Secured Assets Group (*see* In Re Free and Clear Holding Company II LLC, Case No. 11-15145), they had requested—and they believed at the time, received—adequate assurances that the same issues would not reoccur in this case.

Alas, this did not occur and Ms. DiEdoardo and Ms. Davis have been unable, despite their best efforts, to obtain necessary information from their client to complete their schedules, let alone to comply with the requests of the United States Trustee.

On June 13, 2011 and June 14, 2011 Ms. DiEdoardo and Ms. Davis held a series of conferences with their client.  On June 14, 2011, Mr. Garth Johnson, the president of Free and Clear Holding Company III, finally authorized Ms. DiEdoardo and Ms. Davis to not oppose a pending motion to dismiss In Re Free and Clear Holding Company II LLC, Case No. 11-15145 filed by the United States Trustee and to file a motion to dismiss this case.

In the interest of conserving judicial, trustee and creditor resources, this Motion followed.

## II.

## ARGUMENT

A.  Dismissal Is Appropriate Under 11 U.S.C.1112(b)(1)

In pertinent part, 11 U.S.C. 1112(b) (1) provides "after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 **or dismiss a case under this chapter, whichever is in the best interests of creditors** and the estate, for cause." (Emphasis added).

In the instant case, the Debtor in Possession has been unable to provide their attorneys with documentary information needed to complete their schedules and to comply with the necessary and proper requests from the office of the United States Trustee.  This constitutes sufficient "cause" to support dismissal under 11 U.S.C. 1112(b) (4) (F).

B.  Dismissal Is In The Best Interests of Creditors

Since it has become clear that the DIP will not be able to propose a viable reorganization plan, much less get one confirmed, it is in the interest of creditors to dismiss the case and lift the stay so that they may pursue any appropriate remedies against the DIP outside of this Court.

## DECLARATION OF CHRISTINA A. DiEDOARDO

1. I am an attorney licensed to practice law before all of the Courts of the States of Nevada and California as well as before the Ninth Circuit Court of Appeals.  I have personal knowledge of all facts contained in this declaration.

2. Since the filing of this case on May 27, 2011 and its companion matter, In Re Free and Clear Holding Company II LLC, on April 6, 2011, it has been incredibly difficult

for me to obtain the information I needed to effectively represent the DIP from the DIP.

3.  I have persevered because I relied on repeated assurances from the DIP and from the related entities to it (including but not limited to Secured Assets Group) that the problems would be rectified.

4.  Unfortunately, that has not occurred. While I believe the DIP is and has been operating in good faith with regard with their attempts to locate the data, as an officer of the Court I cannot continue to represent a Debtor which is incapable or unwilling to comply with information requests issued by the UST in accordance with its statutory responsibilities.  Furthermore, I cannot in good faith oppose what appears to be a justified motion to dismiss based on the DIP's failure to meet its disclosure obligations in <u>In Re Free and Clear Holding Company II LLC</u> and do not wish to needlessly consumer judicial or trustee time before a similar motion is inevitably filed in this case.

5.  In addition, last week I became aware for the first time of certain material facts involving a key individual involved in one of the related entities which had not been disclosed to me either by the individual or by the DIP.

6.  Pursuant to NV RPC 1.16(a) (1), an attorney is ***required*** to withdraw, subject to the rules of the appropriate tribunal, where continued representation would "result in violation of the Rules of Professional Conduct or other law".

7.  I respectfully believe that continued representation of the Debtor would cause me to violate the Rules of Professional Conduct and therefore respectfully request leave to withdraw from this matter.

4

I declare under penalty of perjury that the foregoing is true and correct except as to those matters stated on information and belief and as to those matters I believe them to be true. Dated this 15th day of June 2011

/S/*Christina A. DiEdoardo*

## DECLARATION OF AMBERLEA S. DAVIS

1.  I am an attorney licensed to practice law before all of the Courts of the State of Nevada.

2.  I have worked with Ms. DiEdoardo since the first day of representation of the DIP in this case and have served as the primary point of contact between the DIP and Ms. DiEdoardo's office.

3.  Like her, I have repeatedly attempted to get the DIP to provide the documentation requested by the UST without success.

4.  Like her, I believe continued representation of the DIP in these circumstances would violate my obligations under NV RPC 1.16(a)(1),

5.  I personally heard Mr. Johnson authorize me, on June 14, 2011, to authorize Ms. DiEdoardo to move to dismiss this case.

6.  For the foregoing reasons I respectfully request that the Court allow me leave to withdraw as co-counsel for the DIP.

I declare under penalty of perjury that the foregoing is true and correct except as to those matters stated on information and belief and as to those matters I believe them to be true.

DATED this 15th day of June, 2011

/S/Amberlea S. Davis
Amberlea S. Davis

**II.**
**CONCLUSION**

For the reasons set forth above, Movants respectfully request that this Court DISMISS the instant Chapter 11 proceeding; GRANT Ms. DiEdoardo and Ms. Davis leave to withdraw as attorneys of record and GRANT all such and other relief as it deems just and proper.

Dated this 15th day of June, 2011

/S/Christina A. DiEdoardo
Christina A. DiEdoardo
Nevada Bar No. 9543

**CERTIFICATE OF SERVICE**

I am Christina A. DiEdoardo, an attorney licensed to practice law before all of the Courts of the States of Nevada and California as well as before the Ninth Circuit Court of Appeals.  On June 15th 2011 I sent a true and complete copy of the foregoing MOTION TO DISMISS CASE AND MOTION TO WITHDRAW AS COUNSEL to all parties who have appeared in this action via the Court's CM/ECF system.

In addition, I sent a copy of the foregoing documents to the following parties who are not CM/ECF participants via U.S. Mail

Mr. Garth Johnson
Free and Clear Holding Company III LLC
4262 Blue Diamond Road Building 102 Suite 120
Las Vegas NV 89139

I declare under penalty of perjury that the foregoing is true and correct.

/S/Christina A. DiEdoardo